897 F.2d 522
 52 Fair Empl.Prac.Cas. 1772
 Jones (John J.B.)
v.
Baskin, Flaherty, Elliott, and Mannino, P.C., Baskin
(Philip), Baum (Raymond N.), Brown (James B.), Delle Donne
(Victor R.), Fiorito (Robert E.), Flaherty (James B.),
Goldston (Linda L.), Lewis (Kenneth E.), Ponton (R. Darryl),
Wittlin (Charles E.), Young (Nelson P.), Swartz Albanesi
Izenson & Company
 NOS. 89-3345, 89-3439
 United States Court of Appeals,
Third Circuit.
 JAN 09, 1990
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.